Thursday, June 26, 2014

No. 14–0138/AF. U.S. v. Danny M. Burns. CCA 37847. On consideration of the motions filed by Major Zaven T. Saroyan for leave to withdraw as appellate defense counsel in the above cases, it appears that the Judge Advocate General has assigned other counsel to represent the Appellants and the new counsel have assumed the representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 14–0361/AF. U.S. v. Donald R. Swiger, Jr. CCA 38231. On consideration of Appellant's motion for leave to file a motion for reconsideration out of time, it is ordered that said motion is hereby denied.

No. 14–0371/AF. U.S. v. Larry M. Palmer III. CCA 38184. Appellant's motion to attach documents is granted.

No. 14–0505/AR. U.S. v. Martin L. Carroll. CCA 20111158. On consideration of Appellee's motion to file a ten-day letter out of time, and that the filing of said ten-day letter was timely (Rule 34(a), Rules of Practice and Procedure), it is ordered that said motion is hereby denied.

No. 14–0672/NA. U.S. v. Gerald O. Henderson. CCA 201300149. Appellant's motion to extend time to file to supplement to the petition for grant of review granted to July 14, 2014.

No. 14–0673/AR. U.S. v. Christopher L. Moyers. CCA 20110975. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 14, 2014.

Friday, June 27, 2014

No. 13–0531/AF. U.S. v. Matthew B. Albright. CCA 37961. Upon further consideration of the granted issue, 73 M.J. 193 (C.A.A.F. Jan. 2, 2014), and in light of *United States v. Janssen*, 73 M.J. 221 (C.A.A.F. 2014), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is reversed. The record is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), before a properly constituted panel of that court.